**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1336**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD CHARLES NORTON,

Defendant - Appellant,

and

CYNTHIA K. NORTON,

Claimant.

———————

**No. 03-1394**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD CHARLES NORTON,

Defendant - Appellant,

and

CYNTHIA K. NORTON,

Claimant.

Appeals from the United States District Court for the Western District of Virginia, at Big Stone Gap. James P. Jones, District Judge. (CR-99-78)

Submitted: May 29, 2003                    Decided: June 3, 2003

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Charles Norton, Appellant Pro Se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Sharon Burham, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Charles Norton appeals the district court's order denying is motion for an evidentiary hearing and a subsequent order entering a stay of judgment pending appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Norton, No. 99-78 (W.D. Va. Jan. 31, 2003 & Mar. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED